**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AXCESS INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BOSCH SECURITY SYSTEMS, INC.,<br><br>Defendant. | C.A. No. 19-226-RGA |

## STIPULATION OF DISMISSAL

Plaintiff Axcess International, Inc. and Defendant Bosch Security Systems, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorney's fees and costs.

Dated: September 5, 2019

**DEVLIN LAW FIRM LLC**

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
tdevlin@devlinlawfirm.com

*Counsel for Plaintiff*

**K&L GATES LLP**

/s/ Steven L. Caponi
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
600 N. King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7080
steven.caponi@klgates.com
matthew.goeller@klgates.com

*Counsel for Defendant*

IT IS SO ORDERED this ____ day of _____, 2019.

_____
**UNITED STATES DISTRICT JUDGE
Richard G. Andrews**